**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364 ). Plaintiff(s) further show the Court as follows:

1.    Plaintiff/Deceased Party:

Justin Falls

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Missouri

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Missouri

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Missouri

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Western District of Missouri – Western Division

8.  Defendants (check Defendants against whom Complaint is made):

☑   C.R. Bard Inc.

☑   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

Multi-District Litigation

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

-2-

☐      G2® Express (G2® X) Vena Cava Filter

☐      Eclipse® Vena Cava Filter

☑      Meridian® Vena Cava Filter

☐      Denali® Vena Cava Filter

☐      Other: _____

11.    Date of Implantation as to each product:

Sometime in 2015

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑      Count I:       Strict Products Liability – Manufacturing Defect

☑      Count II:      Strict Products Liability – Information Defect (Failure to Warn)

☑      Count III:      Strict Products Liability – Design Defect

☑      Count IV:      Negligence - Design

☑      Count V:       Negligence - Manufacture

☑      Count VI:      Negligence – Failure to Recall/Retrofit

☑      Count VII:      Negligence – Failure to Warn

☑      Count VIII:    Negligent Misrepresentation

☑      Count IX:      Negligence *Per Se*

☑      Count X:       Breach of Express Warranty

☑      Count XI:      Breach of Implied Warranty

☑      Count XII:     Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable __Missouri__ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this <u>30th</u> day of <u>May 2019</u>.

**MARC J. BERN & PARTNERS LLP**

By: <u>*/s/ Debra Humphrey*</u>
 Debra Humphrey
 One Grand Central Place
 60 East 42nd Street, Suite 950
 New York, New York 10165
 (212) 702-5000

 *Attorneys for Plaintiff(s)*

I hereby certify that on this 30th day of May 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>*/s/Debra J. Humphrey*</u>